**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MICHAEL BRAZELL, JR.**                                                           **PLAINTIFF**
**ADC #500711**

v.                      Case No. 5:14-cv-00328-KGB/HDY

**GREGORY SOCIA, et al.**                                                 **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young (Dkt. No. 3). No objections have been filed, and the time for doing so has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that plaintiff's claims against defendants Felicia Cobbs, Lakisha Lee, Straughn, Outlaw, and Williams are dismissed without prejudice and that those defendants are removed as party defendants.

SO ORDERED this the 14th day of October, 2014.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE