IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL BRAZELL, JR.**                                                                                           **PLAINTIFF**
**ADC #500711**

v.                                    Case No. 5:14-cv-00328-KGB/HDY

**GREGORY SOCIA, et al.**                                                                                         **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young (Dkt. No. 25). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. It is therefore ordered that plaintiff's motion for injunctive relief is denied (Dkt. No. 18).

SO ORDERED this the 20th day of February, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE