IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL BRAZELL, JR                                                                    PLAINTIFF
ADC #500711

v.                          Case No. 5:14-cv-00328-KGB-PH

GREGORY SOCIA *et al.*                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is considered, ordered, and adjudged that plaintiff Michael Brazell, Jr.'s complaint is dismissed without prejudice. The relief requested is denied.

It is so ordered this 13th day of September, 2016.

KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE